UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCIE B. THOMAS, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. 2:10-cv-330 |
| | § § | |
| AETNA LIFE INSURANCE COMPANY, INC. | § § § | |
| Defendant. | § | |

## AGREED FINAL JUDGMENT

On this 28 day of July, 2010, the Stipulation of Dismissal came on for consideration by the Court. The Court, having considered the matter, finds and concludes that all of Plaintiff, Marci B. Thomas', claims and causes of action against Defendant Aetna Life Insurance Company should be dismissed with prejudice, with each party to bear its own attorneys' fees and costs of court.

Therefore, it is ORDERED that all of Plaintiff's claims and causes of action against Defendants are dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs of court are to be borne by the parties incurring the same.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_____  DATE: 7/26/2010
ATTORNEY FOR PLAINTIFF

_____  DATE: 7/28/2010
ATTORNEY FOR
AETNA LIFE INSURANCE COMPANY